IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES A. LEDBETTER, #159 226, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-641-ALB |
| | ) | |
| THE PARDON AND PAROLE BOARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered October 1, 2019. (Doc. 6). There being no timely objection filed to the Recommendation, and based on an independent review of the record, the Recommendation of the Magistrate Judge is ADOPTED and it is ORDERED as follows:

1. Plaintiff's 42 U.S.C. § 1983 claims against Defendants are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

2. This case is DISMISSED prior to service of process.

A Final Judgment will be entered separately.

DONE this 31st day of October 2019.

                                              /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE